# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Gilberto Arredondo-Garcia<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:16-MJ-00221<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>January 12</u>, <u>2016</u>, at <u>2:00</u>  ☐ a.m. / ☒ p.m. before the Honorable <u>SHERI PYM</u>, in Courtroom <u>4-3rd Floor</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>1-7-16</u>

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge